IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHANESIA BULLOCK as next friend of          *
LAMARCUS BROWN, JR.,

                                            *

            Plaintiff,                              Case No.  5:25-cv-00552-MTT

v.                                          *

JOSHUA CHATMAN et al.,                      *

            Defendants.                     *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 10, 2026, and for the reasons stated therein, JUDGMENT

is hereby entered dismissing Plaintiff's federal claims and remanding the state law claims to the Superior

Court of Wilkinson County, Georgia.

This 11th day of June, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk